See denial in companion writ application, 261 La. 482, 259 So.2d 921.

259 So.2d 922

**STATE of Louisiana ex rel. Bobby Joe ROSS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52355.**

April 11, 1972.

The petition and the court records attached to the application exhibit that relator is not entitled to the relief sought and that his contentions are without merit.